

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2015

No. 04-15-00764-CR

Andrew **MENDIOLA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8633
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The trial court's certification in this appeal states, "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." Texas Rule of Appellate Procedure Rule 25.2(d) provides the record in an appeal brought by a criminal defendant must contain a certification of right to appeal. TEX. R. APP. P. 25.2(d). If the record does not contain a certification that shows the defendant has a right of appeal, the appeal must be dismissed. *Id.*

It is therefore ORDERED this appeal will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes an amended trial court certification to be filed by December 28, 2015, showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.).

All other appellate deadlines are SUSPENDED pending resolution of the certification issue.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2015.



Keith E. Hottle
Clerk of Court